Per Curiam.

Since juvenile delinquency adjudications are not convictions of crime either in New York or Virginia (see former N. Y. City Dom. Eel. Ct. Act, § 84 and former Children’s Ct. Act, § 45, subd. 4; Family Ct. Act, § 781; Code of Virginia, § 16.1-179), it was erroneous and improper at this trial to use such an adjudication, made in Virginia, as a “ criminal conviction” to impeach the testimony of defendant. The error in this case was, however, not reversible since the prosecutor in good faith believed that there had been a criminal conviction, and the references thereto at the trial could not on this record have prejudiced defendant’s substantial rights.
*892 Accordingly, the judgment is affirmed pursuant to section 542 of the Code of Criminal Procedure.
Chief Judge Desmond and Judges Dye, Fuld, Van Voorhis, Burke, Foster and Scileppi concur.
Judgment affirmed.